Clayton M. Howard, Pro Se
24 Orchard Street
Carteret, New Jersey 07008
Telephone: 929-781-7791
Email: itsclaytonhoward@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAYTON M. HOWARD,<br>*Plaintiff,*<br><br>v.<br><br>JENNA VENTOLA, in her individual capacity;<br>LORI A. GRIFA, in her individual capacity;<br>JOHN ZUNIC, in his individual capacity;<br>SHEILA VENABLE, in her individual capacity;<br>FRANCYNA EVINS;<br>CYNTHIA HARDAWAY, ESQ. ;<br>ESSEX COUNTY, a political subdivision;<br>STATE OF NEW JERSEY;<br>JANE AND JOHN DOE 1-10,<br>*Defendants,* | Case No.: _____<br><br><br>Request for Service by the<br>United States Marshals Service |

## Introduction

Plaintiff Clayton M. Howard respectfully requests that this Court issue an order directing the United States Marshals Service to serve process on all named Defendants in this matter, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure. Plaintiff further requests that this service

be conducted without prepayment of fees, contingent upon the Court granting Plaintiffs application to proceed in forma pauperis.

## Legal Basis

1. Federal Rule of Civil Procedure 4(c)(3) provides that the Court must order service by the United States Marshals Service if the plaintiff is authorized to proceed in forma pauperis.
2. Plaintiff has submitted a Declaration in Support of Application to Proceed In Forma Pauperis, detailing his financial inability to pay the costs associated with service of process. ,.
3. Plaintiffs claims arise under federal law, including 42 U.S.C. § 1983 and the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962, establishing federal jurisdiction over this matter. ,.
4. Plaintiff has named multiple Defendants, including individuals and governmental entities, who must be served in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## Request for Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Grant Plaintiffs application to proceed in forma pauperis;
2. Issue an order directing the United States Marshals Service to serve process on all named Defendants in this matter, including:
    i. Jenna Ventola, Assistant Prosecutor, Essex County Prosecutors Office, 50 W. Market Street, Newark, NJ 07102.
    ii. Lori A. Grifa, Judge, Essex County Superior Court, 50 W. Market Street, Floor 11, Newark, NJ 07102.
    iii. John Zunic, Presiding Judge, Family Part, 350 University Avenue, Floor 8, Newark, NJ 07102.
    iv. Sheila Venable, Assignment Judge, 495 Dr. Martin Luther King Jr. Blvd., Floor 3, Newark, NJ 07102.
    v. Francyna Evins, 37 Tompkins Avenue, Staten Island, NY 10304.
    vi. Cynthia Hardaway, Esq., 17 Washington Avenue, Montclair, NJ 07042.

    vii.    Essex County, through its County Executive, Joseph N. DiVincenzo Jr., Essex County Hall of Records, 465 Dr. Martin Luther King Jr. Blvd., Newark, NJ 07102.

    viii.    State of New Jersey, through Attorney General Matthew J. Platkin, Division of Law, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112.

3. Waive all fees associated with service of process by the United States Marshals Service, pursuant to.
4. Grant such other and further relief as the Court deems just and proper.

Date: January 29, 2026

Respectfully submitted,

/s/ Clayton M. Howard