**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

CLAYTON M. HOWARD

                Plaintiff,

v.                                    Case No.: 2:26–cv–01101–SDW–SDA

                                    Judge Susan D. Wigenton

JENNA VENTOLA, et al.

                Defendant.

Dear Litigant:

    The Clerk's Office has received and processed your complaint and assigned the above–listed docket number and judicial officer(s). The docket number and Judge(s)' initials must appear on any paper submitted to the Court.

To allow you to serve your complaint on Defendants through the U.S. Marshals Service ("USMS"), enclosed please find a USMS Form 285 ("285 form"), which you must complete and return to the Clerk of the Court within 30 days from the date this letter is filed. One 285 form must be completed for each named defendant that remains active in this case. Do NOT submit 285 forms for any John Doe/Jane Doe defendants. Your right to serve John Doe/Jane Doe defendants is preserved and shall be addressed after their names have been identified and the complaint is amended to include that information. If you are naming the United States, Its agencies, Officers or Employees as a party in the complaint, you must complete two additional 285 forms – one for the U.S. Attorney for New Jersey, and one for the Attorney General of the United States, see Fed.R.Civ.P. 4(i). <u>Your submission of the 285 forms for all currently known named defendants should be made in a single mailing that includes all completed forms. The USMS will NOT serve the summons and complaint on a defendant unless it receives a 285 form for that defendant.</u>

You must serve your complaint within 90 days of the date it was ordered filed, regardless of whether you use the USMS to serve your complaint. It is your responsibility to inquire of the USMS as to whether service has been made and, if necessary, to request an extension of time for service from the Judges presiding over your case. If within 90 days of the filing of the complaint, you have not made service or requested an extension of time, the Court may dismiss this action for failure to prosecute under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure. Finally, it is your obligation to promptly submit a written notification to the Court if your address changes, and the Court may dismiss the action pursuant to Local Civil Rule 10.1(a) if you fail to do so.

A sample of a completed 285 form is attached. If you do not wish to use the USMS to serve your complaint, you must notify the Court in writing within 30 days of the date of this letter and request a summons to be issued to you directly.

**MAIL VIA REGULAR MAIL OR HAND–DELIVER all completed USM 285 form(s) to the Clerk of the Court at**:

       **UNITED STATES DISTRICT COURT**
       **Clerk**
       **50 Walnut Street**
       **Newark, NJ 07102**

Upon receipt of the 285 form(s), the Clerk shall forward the summons, complaint and all other relevant documents to the USMS office for service.

                                     Very truly yours,

                                       CLERK OF COURT
                                       By Deputy Clerk, arm