UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAYTON HOWARD,<br>      *Plaintiff*, | Civil Action No. 2:26-cv-01101-SDW-SDA |
| v. | PLAINTIFF'S NOTICE OF ERRATA AND FILING OF CORRECTED FIRST AMENDED COMPAINT |
| JENNA VENTOLA, et al.,<br>      *Defendants*, | |

Plaintiff Clayton Howard, proceeding *pro se*, respectfully submits this Notice of Errata to advise the Court that the First Amended Complaint filed in the above-captioned action on February 27, 2026 [ECF No. 8] inadvertently omitted the Rule 11 certification statement required by Federal Rule of Civil Procedure 11(a) and Local Civil Rule 11.1 of the United States District Court for the District of New Jersey.

1. **Nature of Correction.** The First Amended Complaint filed on February 27, 2026 omitted the certification required by Fed. R. Civ. P. 11(b) and L. Civ. R. 11.1. The omission was a clerical oversight. No substantive change has been made to any factual allegation, legal claim, cause of action, or prayer for relief contained in the First Amended Complaint. The *sole* correction is the addition of the Rule 11 certification block at the conclusion of the pleading.

2. **No Service Has Been Effectuated.** Neither the original Complaint nor the First Amended Complaint has been served upon any Defendant in this action. Accordingly, no Defendant has been prejudiced by the omission, and no Defendant has relied upon or responded to any version of the complaint. Plaintiff will serve Defendants with the Corrected First Amended Complaint, attached hereto as **Exhibit A**, which shall constitute the operative pleading served upon all Defendants.

3. **No Leave of Court Required.** Because no Defendant has been served and no responsive pleading has been filed, this correction does not implicate Fed. R. Civ. P. 15 and requires

no leave of Court. The filing of this Notice of Errata with the attached Corrected First Amended Complaint is a ministerial correction of a clerical omission and does not constitute an amendment of substance within the meaning of Fed. R. Civ. P. 15(a).

4. **Corrected First Amended Complaint.** Attached hereto as **Exhibit A** is the Corrected First Amended Complaint, which is identical in all respects to the version filed on February 27, 2026, with the sole addition of the Rule 11 certification required by Fed. R. Civ. P. 11(b) and L. Civ. R. 11.1. Plaintiff respectfully requests that the Court designate **Exhibit A** as the operative First Amended Complaint in this action, and that Plaintiff be permitted to effect service of process upon all Defendants using the Corrected First Amended Complaint.

5. **Relief Requested.** Plaintiff respectfully requests that the Court: (a) accept this Notice of Errata and the attached Corrected First Amended Complaint; (b) designate the Corrected First Amended Complaint as the operative pleading of record; and (c) grant such other and further relief as the Court deems just and proper.

WHEREFORE, Plaintiff Clayton Howard respectfully requests that this Court accept the foregoing Notice of Errata and enter an order designating the attached Corrected First Amended Complaint (*Exhibit A*) as the operative pleading in this matter.

## RULE 11 CERTIFICATION

I, Clayton Howard, proceeding *pro se*, hereby certify that, to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) this pleading is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions herein are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

*See* Fed. R. Civ. P. 11(b); L. Civ. R. 11.1.

Respectfully submitted,

*Clayton Howard*
/s/ Clayton Howard
Clayton Howard, Plaintiff Pro Se
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com

Dated: March 1, 2026

---

### CERTIFICATE OF SERVICE

I, Clayton Howard, hereby certify that on March 1, 2026, I caused a true and correct copy of the foregoing Plaintiff's Notice of Errata and Corrected First Amended Complaint to be filed with the Clerk of the United States District Court for the District of New Jersey via the Court's Alternate Document Submission (ADS) system (or by mail/delivery to the Clerk's Office at 50 Walnut Street, Newark, NJ 07102) and that copies of this filing will be served upon all Defendants at the time of service of the Corrected First Amended Complaint and Summons, pursuant to Fed. R. Civ. P. 4 and 5.

*Clayton Howard*
/s/ Clayton Howard
Clayton Howard, Plaintiff Pro Se
Dated: March 1, 2026