

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CLAYTON HOWARD | 2:26-cv-01101-SDW-SDA |
| DEFENDANT | TYPE OF PROCESS |
| JENNA VENTOLA, et al., | Civil Service of Process |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FRANCYNA EVINS (The Nike Track & Field Center at The Armory)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
216 Fort Washington Avenue, New York, NY 10032

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Clayton Howard<br>24 Orchard Street<br>Carteret, New Jersey 07008 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Defendant Employed at this facility, may help to call and check working schdeule before service attempt is made.

| Signature of Attorney other Originator requesting service on behalf of    [X] PLAINTIFF  [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Clayton Howard* | 9297817791 | 3/2/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. **50** | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 3/19/26 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 3/19/26 | Time 12:12 | [ ] am [X] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| | *Cenork Cepods # 0036* | | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Legal team from "The Armory Foundation" will not accept service of process on behalf of its employees. Also, they will not allow to serve said individual on their premises. see attached for their response.

**RECEIVED**

MAR 1 9 2026

AT ~~8:00~~ 1:15 P M
CLERK, U.S. DISTRICT COURT - DNJ

Form USM-285
Rev 03/21

## Cespedes, Cesar (USMS)

| | |
|---|---|
| **From:** | Sanseverino, Joseph (USMS) |
| **Sent:** | Wednesday, March 18, 2026 5:20 PM |
| **To:** | Cespedes, Cesar (USMS) |
| **Subject:** | Fw: The Armory Foundation |

Good afternoon,

Please see below for the email I received regarded the process you wanted me to look into sir.

Respectfully,

Joseph Sanseverino
Deputy United States Marshal
District of New Jersey - Newark
(973) 985-6924

**From:** Bob Levy <levy@civilrightsfirm.com>
**Sent:** Wednesday, March 18, 2026 4:59:27 PM
**To:** Sanseverino, Joseph (USMS) <Joseph.Sanseverino@usdoj.gov>
**Subject:** [EXTERNAL] The Armory Foundation

Dear Deputy Marshall Sanseverino,

We represent The Armory Foundation (the "Armory"). We write in response to your email to the Armory, dated March 18, 2026.

On behalf of the Armory, I write to advise you that the Armory is not authorized to accept service of process on behalf of its employees. In the view of the Armory, doing so absent express authorization from an employee would overstep the appropriate bounds of its role as employer and constitute an inappropriate intrusion into the personal lives of its staff members.

Moreover, the Armory has a long-standing, strictly held policy of not allowing service of process on its premises based on legitimate and strongly held security concerns. As you may not be aware, the Armory has teems of young children on its premises on any given day, and takes its obligations to provide a safe and secure space for these children very seriously.  Armory leadership has reasonably concluded that allowing process servers – or other individuals not explicitly coming onto its premises for defined Armory business — is a security risk. To the best of my knowledge, the Armory makes no exceptions to that policy.

We note that New York State law provides for several less intrusive procedures for serving process on an individual without having to physically serve the individual or intrude on the premises of employers. We respectfully request that the Marshall's Office avail itself of these readily available alternatives.

Should you like to discuss this matter, please do not hesitate to contact me at the phone number listed below.

Thank you,

1

Bob Levy

Robert L. Levy
Bantle & Levy LLP
99 Park Avenue, Suite 1510
New York, NY 10016
Phone: 212-228-9666 (o)
levy@civilrightsfirm.com
www.civilrightsfirm.com

The information contained in this electronic e-mail transmission and any attachments may be confidential or privileged.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify the sender by telephone or electronic mail immediately, and delete the original communication and any attachment.