Clayton Howard

24 Orchard Street

Carteret, New Jersey

(929)781-7791

itsclaytonhoward@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CLAYTON HOWARD,                               Civil Action No. 2:26-cv-01101-SDW-SDA

    *Plaintiff*,

v.                                            PLAINTIFF'S NOTICE OF MOTION FOR

                                              COURT-ORDERED ALTERNATE SERVICE

JENNA VENTOLA;                                OF PROCESS ON DEFENDANT

FRANCYNA EVINS; et al.,                       FRANCYNA EVINS AND FOR AN ORDER

    *Defendants*,                             DIRECTING THE UNITED STATES

                                              MARSHALS SERVICE TO LEAVE

                                              PROCESS AT DEFENDANT'S VERIFIED

                                              PLACE OF EMPLOYMENT

TO: All Counsel of Record and to Defendant Francyna Evins:

PLEASE TAKE NOTICE that Plaintiff Clayton Howard, appearing pro se, will move before the Honorable Susan D. Wigenton, U.S.D.J., and/or the Honorable Steven D. Arpert, U.S.M.J., District of New Jersey — Newark Vicinage, on a date and time to be fixed by the Court, for entry of an Order pursuant to Federal Rules of Civil Procedure 4(e)(1), 4(e)(2), and the Court's inherent equitable authority, granting the following relief:

1. Authorizing alternate service of process on Defendant Francyna Evins by the following methods, each or in combination: (a) electronic mail to

fevins@armorytrack.org; (b) electronic mail to francyna.aonereset@gmail.com; (c) electronic mail to francynaevins@icloud.com; (d) direct message via Facebook (facebook.com/francynaevins); (e) direct message via TikTok (tiktok.com/francynaevins); and (f) direct message via Instagram (instagram.com/francynaevins);

2.  To the extent authorized by applicable law, directing the United States Marshals Service to effect service by leaving a copy of the Summons and Complaint at the Defendant's verified current place of employment — The Nike Track & Field Center at The Armory Foundation, 216 Fort Washington Avenue, New York, NY 10032 — with a person of suitable age and discretion found thereat, consistent with N.J. Ct. R. 4:4-4(a)(1)(B) and New York CPLR § 308(2) as incorporated through FRCP 4(e)(1); and

3.  Such other and further relief as the Court may deem just and proper.

This motion is supported by the accompanying Memorandum of Law, Certification of Plaintiff Clayton Howard, the Return of Service on Form USM-285 (Dkt. 13), and all prior proceedings herein.

Dated: March 30, 2026

Respectfully submitted,

*Clayton Howard*

Clayton Howard

Plaintiff, Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791