**CYNTHIA H. HARDAWAY, ESQ.**
**17 Washington Street, 1ˢᵗ Fl.**
**Montclair, New Jersey 07042**
**(973) 725-4300**
**Appearing Pro se**

| | |
|---|---|
| **CLAYTON HOWARD**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**JENNA VENTOLA, et als.**<br><br>      **Defendants.** | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>**CIVIL ACTION NO.: 26-cv-01101-SDW-SDA**<br><br>**Counsel's Certification of Exhibits** |

I, Cynthia H. Hardaway, Esq, certifies as follows:

1. I am appearing pro se in this matter and have no idea what plaintiff is alleging against me in the instant complaint.   However, I certify that copies of the following listed documents are true and accurate:

2. The Court's Opinion and Order under Howard v. State of New Jersey, et al., Civil Action No. 24-7661 (D.N.J Decided June 6, 2025), attached hereto as Exhibit A and B, respectively.

3. The related State civil action that plaintiff filed against me and Evins under Docket No. ESX-L-008941-25, attached hereto as Exhibit C.

4. Notice of Appeal, attached hereto as Exhibit D.

5. This federal complaint with no summons attached left with the occupant of the 2ⁿᵈ floor wherein my office (currently under renovation) is on the 1ˢᵗ floor, attached hereto as Exhibit E.

I certify that the foregoing statements are true, and that if any of the statements contained herein are willfully false, I am subject to punishment.

By:/s/Cynthia H. Hardaway

Dated: April 5, 2026