EXHIBIT B

<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>                  Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>                  Defendants. | Civil Action No. 24-7661 (SDW) (SDA)<br><br>***ORDER***<br><br>June 6, 2025 |

**THIS MATTER** having come before this Court upon Defendants the Essex County Prosecutor's Office and Assistant Prosecutors Jenna Ventola and Justin Edwab's ("Moving Defendants") Motion to Dismiss (D.E. 19 ("Motion")) Plaintiff Clayton Howard's ("Plaintiff") Second Amended Complaint (D.E. 16), and this Court having considered the parties' submissions, for the reasons stated in this Court's Whereas Opinion dated June 6, 2025,

**IT IS**, on this 6th day of June 2025, Moving Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1); and it is further

**ORDERED** that Plaintiff's claims against the remaining Defendants are **DISMISSED WITH PREJUDICE** for failure to comply with Rule 4(m) and/or for failure to state a claim upon which relief can be granted; and it is further

**ORDERED** that this Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state claims.

**SO ORDERED.**

_____/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
        Stacey D. Adams, U.S.M.J.