# EXHIBIT D

New Jersey Judiciary
Superior Court - Appellate Division
# Notice of Appeal

| Type or clearly print all information.  Attach additional sheets if necessary. |
|---|

**(1)**  Title in Full (As Captioned Below)

**(2)  Attorney/Law Firm/Pro Se Litigant**
Name

Street Address
███████████

| City | State | Zip |
|---|---|---|
| ███ | | |

| Telephone Number | Email Address |
|---|---|
| ███████████ | itsclaytonhoward@gmail.com |

On Appeal from

| **(3)** Trial Court Judge | **(4)** Trial Court or State Agency | **(5)** Trial Court or Agency Number |
|---|---|---|
| John Zunic | Essex County Family | FV-07-3579-22 |

Notice is hereby given that **(6)** Clayton Howard_____, appeals to the Appellate Division from a **(7)** ☐ Judgment or ■ Order entered on _01/13/2026_, in the (select one) ☐ Civil, ☐ Criminal, ■ Family Part of the Superior Court or ☐ Tax Court or from a ☐ State Agency decision entered on _03/11/2026_.

**(8)**  If not appealing the entire judgment, order or agency decision, specify what parts or paragraphs are being appealed.

████████████████████████

**(9)**  Have all issues, as to all parties in this action, before the trial court or agency been disposed of? (In consolidated actions, all issues as to all parties in all actions must have been disposed of.)    ■ Yes  ☐ No

If not, has the order been properly certified as final pursuant to *R.* 4:42-2?    ☐ Yes  ☐ No