**CYNTHIA H. HARDAWAY, ESQ.**
**17 Washington Street, 1st Fl.**
**Montclair, New Jersey 07042**
**(973) 725-4300**
**Appearing Pro se**

|  |  |
|---|---|
| **CLAYTON HOWARD**<br><br>                        **Plaintiff,**<br><br>**v.**<br><br>**JENNA VENTOLA, et als.**<br><br>                        **Defendants.** | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>**CIVIL ACTION NO.: 26-cv-01101-SDW-SDA**<br><br>Proof of Service |

I hereby certify that an original of the within motion to dismiss plaintiff's complaint was filed and served via electronic filing with the Clerk of the United States District Court of New Jersey and that a copy of same was also served via electronic filing upon plaintiff.

BY: /s/Cynthia H. Hardaway
        Cynthia H. Hardaway, Esq.
         Appearing pro se

Dated: April 5, 2026