Clayton Howard

Plaintiff Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com


April 20, 2026


Clerk of the Court

United States District Court

District of New Jersey

Martin Luther King Building & U.S. Courthouse

50 Walnut Street

Newark, New Jersey 07102


**Re:** *Howard v. Ventola et al.*, Civil Action No. 2:26-cv-01101-SDW-SDA — Notice of Correction to Certificate of Service Filed April 18, 2026


Dear Clerk:


Plaintiff Clayton Howard respectfully writes to notify the Court of a minor factual error contained in the Certificate of Service filed on April 18, 2026, in connection with Plaintiff's Opposition to Defendant Cynthia H. Hardaway's Motion to Dismiss.

The Certificate of Service, as originally filed, referenced the date of the public media interview involving Defendants Cynthia H. Hardaway, Esq. and Francyna Evins, and podcast host "That Girl Henny" of the YouTube channel @thatgirlhennyreviews, as November 18, 2025. That date was incorrect. The interview was conducted in August 2025. The November 18, 2025 date reflected in the Rev.com transcript export metadata pertains to the file export date assigned by the transcription service, not the date the interview was actually recorded and broadcast.

To correct the record and avoid any confusion in future proceedings, Plaintiff has filed an amended Certificate of Service reflecting the accurate date of the interview as August 2025. The substance of the Certificate of Service, the method of service, the documents served, and all other information therein remain unchanged.

Plaintiff respectfully requests that the Court accept this letter as notice of the correction and substitute the amended Certificate of Service for the original in the record of this matter. Plaintiff apologizes for any inconvenience this error may have caused.

Respectfully submitted,

*Clayton Howard*

Clayton Howard

Plaintiff Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

**cc:** Cynthia H. Hardaway, Esq., Defendant Pro Se (via email: chardawayesq@verizon.net )