## CYNTHIA H. HARDAWAY, ESQ.
### Attorney-at-Law
### 17 Washington Street, 1st Fl.
### Montclair, New Jersey 07042

<u>Member NJ Bar</u>

*Phone:(973)725-4300*
*Fax:(973)233-4839*
*Email: chardawayesq@verizon.net*

April 20, 2026

Hon. Stacey D. Adams, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse
1 Federal Square. Room 451
Newark, New Jersey 07102

RE: <u>Howard v. Ventola et al.</u>,
     Civil Action No. 2:26-cv-01101-SDW-SDA

Dear Judge Adams:

I am appearing <u>pro se</u> in the above matter.   Due to plaintiff's continual harassment and name calling, I blocked his email address.   Therefore, I do not consent to service by email.   I do not see plaintiff's opposition to my <u>pro se</u> motion to dismiss on the electronic docket.   However, I did receive electronic notification of plaintiff's certification referencing same.   I am in no position to file my reply because I do not have plaintiff's opposition brief purportedly filed on or around April 18, 2026.

Thank you for your kind consideration and attention to this matter.

By: _/s/Cynthia H. Hardaway
     Cynthia H. Hardaway, Esq.,
     Appearing <u>pro se</u>

cc: All parties via ecourts filing