JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants the Hon. Sheila Venable, A.J.S.C. (Ret.),
the Hon. Lori E. Grifa, J.S.C., the Hon. John Zunic, P.J.Cv., and
Assistant Prosecutor Jenna Ventola

By:   Edwardo Sanchez
      NJ Bar ID: 0410862024
      Deputy Attorney General
      (609) 376-2440
      Edwardo.sanchez@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |
|---|---|
| **CLAYTON HOWARD,** | : Honorable Susan D. Wigenton, U.S.D.J<br>Honorable Stacey D. Adams, U.S.M.J. |
| Plaintiff(s), | :<br>CIVIL ACTION NO.: 26-1101 (SDW-SDA) |
| v. | :<br>CIVIL ACTION |
| **JENNA VENTOLA, in her individual capacity, LORI E. GRIFA, in her individual capacity, JOHN ZUNIC, in his individual capacity, and SHEILA VENABLE, in her capacity, et al.** | :<br>**NOTICE OF APPEARANCE**<br>:<br>Electronically Filed<br>:<br>: |
| Defendants. | : |

TO:   Clerk of the Court
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07102

      Clayton M. Howard, *pro se*

24 Orchard Street
Carteret, NJ 07008

Cynthia H. Hardaway, *pro se*
17 Washington Street, 1st Floor
Montclair, NJ 07042

**PLEASE TAKE NOTICE** that Edwardo Sanchez, Deputy Attorney General, is hereby entering an appearance for Defendants the Hon. Sheila Venable, A.J.S.C. (Ret.), the Hon. Lori E. Grifa, J.S.C., the Hon. John Zunic, P.J.Cv., and Assistant Prosecutor Jenna Ventola.

**PLEASE TAKE FURTHER NOTICE** that all court notices, pleadings, and other filings should be directed to Edwardo Sanchez, Deputy Attorney General, and addressed as follows:

Edwardo Sanchez
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Defendants

By:   */s/Edwardo Sanchez*
Edwardo Sanchez
Deputy Attorney General

Dated:  04/27/2026