<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CLAYTON M. HOWARD, | Civil Action No. 26-1101 (SDW) (SDA) |
| Plaintiff, | |
| v. | |
| JENNA VENTOLA, *et al.*, | |
| Defendants. | |
| CLAYTON HOWARD, | Civil Action No. 26-2346 (SDW) (SDA) |
| Plaintiff, | |
| v. | **ORDER** |
| BOROUGH OF CARTERET, *et al.*, | April 28, 2026 |
| Defendants. | |

**WIGENTON, District Judge.**

    **THIS MATTER** having come before this Court upon Defendant Cynthia Hardway's ("Defendant") Motion to Dismiss (Dkt. No. 26-1101, D.E. 15 ("Motion")) Plaintiff Clayton Howard's ("Plaintiff") Amended Complaint in *Howard v. Ventola* (*Howard II*), Docket Number 26-1101; and this Court *sua sponte* reviewing the Complaint in *Howard v. Borough of Carteret*, Docket Number 26-2346 (*Howard III*) for sufficiency pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 12(b)(6); for the reasons stated in this Court's Opinion dated April 28, 2026,

    **IT IS**, on this 28th day of April 2026,

    **ORDERED** that Defendant's Motion in *Howard v. Ventola*, Docket Number 26-cv-1101,

1

is **GRANTED** and that matter is **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED** that the Complaint in *Howard v. Borough of Carteret*, Docket Number 26-cv-

2346 is similarly **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**


                                         /s/ Susan D. Wigenton
                              **SUSAN D. WIGENTON, U.S.D.J.**


Orig:  Clerk
cc:    Parties
        Stacey D. Adams, U.S.M.J.

2