

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

July 8, 2026

**Via CM/ECF**
The Hon. Susan D. Wigenton, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:  Clayton Howard v. Jenna Ventola, et al.
> Docket No. 26-cv-1101**
>
> **Request for Extension of Time to Oppose Plaintiff's
> Motion to Alter or Amend Judgment (ECF No. 24)**

Dear Judge Wigenton,

This office represents the State Defendants -- the State of New Jersey, the Hon. Sheila Venable, A.J.S.C. (ret.), the Hon. Lori E. Grifa, J.S.C., the Hon. John Zunic, P.J.Cv., and Assistant Essex County Prosecutor Jenna Ventola -- in the above-referenced matter.

For the reasons discussed below, with Plaintiff's consent, the State Defendants respectfully request an extension of time, to July 27, 2026, to oppose Plaintiff's motion to alter or amend judgment (ECF No. 24).

On May 12, 2026, pro se plaintiff Clayton M. Howard filed a motion to alter or amend judgment, i.e., this Court's April 28, 2026 Order dismissing the Complaint with prejudice. *See* ECF No. 24.  With the granting of the motion to dismiss filed by co-Defendant Cynthia Hardaway, Esq., and the *sua sponte* dismissal of Plaintiff's claims against the State Defendants as well, the Court terminated the case. *See id.*

Also on May 12, 2026, Plaintiff appealed the Court's April 28 Order to the United States Court of Appeals for the Third Circuit.





The Hon. Susan D. Wigenton, U.S.D.J.
July 8, 2026
Page 2

*See* ECF No. 25. That appeal was docketed (26-2184) and is currently pending. *See* ECF No. 26.  By Clerk Order dated May 19, 2026, the Third Circuit stayed the appeal pending this Courts' decision on Plaintiff's motion to alter or amend judgment.

This Court set June 15, 2026 as the hearing date for Plaintiff's motion to alter or amend judgment. Plaintiff's motion was inadvertently not opposed by this office, given Plaintiff's filing of the notice of appeal of the same order he now seeks to alter or amend.  We recognized our oversight and now seek leave to file a response to the motion by July 27, 2026.

On July 8, 2026, we contacted Plaintiff via email to request his consent to this application and graciously consented to our request.

We thank the Court for its attention to this matter.

Respectfully,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Edwardo Sanchez
     Edwardo Sanchez
     Deputy Attorney General

c:   (via CM/ECF)
     Clayton M. Howard, *pro se*
     Cynthia Hardway, Esq.

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated: July 9, 2026