CLAYTON M. HOWARD

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

Plaintiff, Pro Se

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAYTON M. HOWARD, | Civil Action No. 2:26-cv-01101 (SDW)(SDA) |
| *Plaintiff,* | |
| v. | |
| JENNA VENTOLA, et al., | |
| *Defendants,* | |

## NOTICE OF MOTION FOR LEAVE TO FILE EXHIBITS R, S, U, AND V UNDER SEAL

(Assigned to the Hon. Susan D. Wigenton, U.S.D.J.)

PLEASE TAKE NOTICE that, on a date to be set by the Clerk of the Court in accordance with Local Civil Rule 7.1(b), Plaintiff Clayton M. Howard, appearing pro se, will move before

1

the Honorable Susan D. Wigenton, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order, pursuant to Local Civil Rule 5.3, granting Plaintiff leave to file Exhibits R, S, U, and V to Plaintiff's Reply Brief in Further Support of his Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) under seal, together with the corresponding passages of the Reply Brief that quote those exhibits directly, on the ground that the exhibits are official hearing transcripts of a New Jersey Superior Court, Family Part domestic violence proceeding excluded from public access under N.J. Ct. R. 1:38-3(d)(9) and N.J.S.A. 2C:25-33.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff will rely upon the accompanying Certification of Clayton M. Howard, the accompanying Brief in Support, and the Index of Documents Proposed to Be Sealed submitted herewith pursuant to L.Civ.R. 5.3(c)(3).

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Oral argument is not requested unless this motion is opposed.

Dated: July 28, 2026

Respectfully submitted,

*Clayton Howard*

Clayton Howard, Pro Se

2