**CLAYTON M. HOWARD**
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com
*Plaintiff, Pro Se*

August 21, 2026

VIA CM/ECF

**Hon. Stacey D. Adams, U.S.M.J.**
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Howard v. Ventola, et al., Civil Action No. 2:26-cv-01101 (SDW)(SDA)**

**Plaintiff's Response to the Court's August 5, 2026 Text Order and Submission of Revised [Proposed] Order to Seal**

Dear Judge Adams:

I am the Plaintiff in the above-captioned action, appearing pro se. I write in response to the Court's Text Order entered August 5, 2026, on my Motion for Leave to File Exhibits Under Seal (ECF No. 35), and I submit herewith a revised proposed form of Order. This letter addresses each of the points raised in the Court's Order.

**1. Consent of opposing counsel.**

The Court observed that it was not clear from my motion whether I had sought the consent of opposing counsel before filing. To address that concern: on **August 6, 2026**, I emailed counsel for all appearing Defendants — Cynthia H. Hardaway, Esq., and Deputy Attorney General Edwardo Sanchez — expressly requesting whether their clients consent to, take no position on, or oppose the requested sealing of Exhibits R, S, U, and V, and asking for a response by August 13, 2026. A true copy of that correspondence, showing the date, recipients, and enclosures, is attached as **Exhibit A**. As of the date of this letter, no Defendant has responded to that request or interposed any objection. Consistent with Local Civil Rule 5.3(c)(3), which directs the moving party to identify any party or nonparty known to be objecting, I identify no Defendant as objecting to the relief sought.

**2. Compliance with Local Civil Rule 5.3(c)(6).**

The Court directed that I submit a new proposed form of Order containing proposed findings of fact and conclusions of law identifying the documents proposed to be sealed and the legal basis for sealing them. The enclosed revised proposed Order does so. It sets forth, under the heading *Findings of Fact*, the identification of each document proposed to be sealed — Exhibits R, S, U, and V to my Reply Brief, each a verbatim excerpt of the official hearing transcript of the confidential domestic violence proceeding *Howard v. Evins,* No. FV-07-3579-22 (Essex Vicinage) — together with a table applying each of the four factors of Local Civil Rule 5.3(c)(3) to each exhibit. It then sets forth, under the heading *Conclusions of Law,*, the legal basis for sealing: the confidentiality New Jersey law affords domestic violence proceeding records under N.J. Ct. R. 1:38-3(d)(9) and N.J.S.A. 2C:25-33, applied through the public-access standard of *In re Avandia Marketing,* 924 F.3d 662 (3d Cir. 2019), and *Pansy v. Borough of Stroudsburg,* 23 F.3d 772 (3d Cir. 1994).

**3. Exhibits remain under seal.**

I note and respect the Court's direction to the Clerk to maintain Exhibits R, S, U, and V to my Reply Brief (ECF No. 37) under seal until the Court rules on the motion. Those materials have remained under seal throughout, and nothing in this submission alters or is intended to alter that status pending the Court's decision.

**4. Respectful request to accept this submission out of time.**

Finally, I respectfully advise the Court that this submission is being filed after the August 17, 2026 date set in the Text Order, and I ask that the Court accept it out of time. During the relevant period I was located outside the United States, and a prolonged electrical and internet outage at my location was not restored until today, August 21, 2026. I was unable to prepare or file the revised Order until service was restored, and I am submitting it promptly on the same day. I apologize to the Court for the delay. Because it resulted from circumstances beyond my control, because no party is prejudiced — the Exhibits have remained sealed by the Court's direction — and because no Defendant has objected to the underlying relief, I respectfully request that the Court accept the revised proposed Order as filed pursuant to Fed. R. Civ. P. 6(b)(1)(B).

I thank the Court for its attention to this matter and for its consideration of this request.

Respectfully submitted,

Clayton Howard

/s/ Clayton M. Howard
Clayton M. Howard, Pro Se

**Enclosures:**
*Revised [Proposed] Order Granting Plaintiff's Motion for Leave to File Exhibits Under Seal*
*Exhibit A — Meet-and-Confer Correspondence dated August 6, 2026*
*cc: All counsel of record (via CM/ECF)*