MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625

JENNIFER DAVENMPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

August 27, 2026

**<u>Via CM/ECF</u>**
The Hon. Stacey D. Adams, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Clayton Howard v. Jenna Ventola, et al.**
**Docket No. 26-cv-1101**

**Plaintiff's Motion to Seal (ECF No. 41)**

Dear Judge Adams,

This office represents the State Defendants -- the State of New Jersey, the Hon. Sheila Venable, A.J.S.C. (ret.), the Hon. Lori E. Grifa, J.S.C., the Hon. John Zunic, P.J.Cv., and Assistant Essex County Prosecutor Jenna Ventola -- in the above-referenced matter. On July 30, 2026, Plaintiff filed a motion to seal Exhibits R, S, U, and V of his Reply Brief. *See* ECF No. 35. On August 5, 2026, the Court directed Plaintiff to seek consent and to submit a proposed order with findings of fact and legal conclusions. *See* ECF No. 39. In response, on August 21, 2026, Plaintiff filed a letter and supplemental proposed order. *See* ECF No. 40. On August 25, 2026, the Court ordered Defendants to file a letter advising whether they oppose Plaintiff's motion to seal. *See* ECF No. 41. In response, the State Defendants consent to the sealing of Exhibits R, S, U, and V. We thank the Court for its attention to this matter.

Respectfully,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: <u>/s/ Edwardo Sanchez</u>
Edwardo Sanchez
Deputy Attorney General

c: (via CM/ECF)
Clayton M. Howard, *pro se*
Cynthia H. Hardway, Esq.